

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| RICHARD WAYNE GARZA, | § | No. 08-23-00095-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 35th Judicial District Court |
| THE STATE OF TEXAS, | § | of Brown County, Texas |
| Appellee. | § | (TC# CR24923) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of jurisdiction. We therefore dismiss the appeal for lack of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF MAY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.